IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff*, | |
| v. | Case No. (25-496) (SCC) |
| **LUIS A. NIEVES-COLON [1],** *Defendant*. | |

## MOTION REQUESTING ORDER

**TO THE HONORABLE COURT:**

  **COMES NOW**, Luis A. Nieves-Colon (hereinafter "Mr. Nieves-Colon"), by and through undersigned counsel, and respectfully states and prays as follows:

1. On December 2, 2025, Mr. Nieves-Colon appeared before U.S. Magistrate Judge Giselle López-Soler for his Initial Appearance, Arraignment, and Detention Hearing. The Court imposed standard conditions of release, including a $10,000 unsecured bond and supervision by the U.S. Probation Office. (*See*, Docket No. 10)

2. Mr. Nieves-Colon respectfully requests that this Honorable Court issue an authorization permitting him to participate in several family holiday gatherings, which will take place on the following dates:

  a. December 13, 24, 25, and 31, 2025

  b. January 1 and 6, 2026

3. These gatherings will occur in the municipality of Trujillo Alto, Puerto Rico, where both Mr. Nieves-Colon and his extended family reside. Mr. Nieves-Colon lives near the town

center, while his in-laws and other relatives live approximately 30 minutes away in the rural area of Trujillo Alto.

4. Present at these family gatherings will be several close relatives, including Mr. Nieves-Colon's in-laws, children, and grandchildren. Also present will be Alberto Betancourt-Aponte, who is Mr. Nieves-Colon's brother-in-law and a co-defendant in this case. The purpose of these events is solely to share time with immediate and extended family during the holiday season. The family is closely knit, and holiday gatherings are customary and significant to them.

5. Mr. Nieves-Colon acknowledges that his conditions of release include restrictions concerning association with co-defendants. For this reason, he consulted with the U.S. Probation Office, and Probation informed him that the only way to obtain authorization for this limited contact is through a formal motion filed by counsel and approved by the Court.

6. This request is strictly limited to the specific dates listed herein. It does not seek a modification of any provision of the Order Setting Conditions of Release, nor does it seek ongoing or unrestricted association with any co-defendant. Mr. Nieves-Colon remains fully committed to abiding by all standard and special conditions imposed by the Court.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the information provided herein and issue an Order authorizing Mr. Luis A. Nieves-Colon to attend the family gatherings described above on December 13, 24, 25, and 31, 2025, and January 1 and 6, 2026, solely for the purposes stated and subject to all other conditions of release remaining in full force and effect.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of December 2025.

*/S/Wilfredo Díaz Narváez*
**Wilfredo Díaz-Narváez, Esq.**
USDC-PR 215211
PO Box 31270
San Juan, PR 00929-2270
787-509-3859
attorney.diaznarvaez@outlook.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record in this case.

*/S/Wilfredo Díaz Narváez*

3